THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ESTATE OF KIM HA RAM, through personal representative KIM SOON WAN in his representative capacity for the Estate; KIM SOON WAN in his individual capacity and as the father of KIM HA RAM; JEONG JU HEE in her individual capacity and as mother of KIM HA RAM,<br>     Plaintiffs,<br> v.<br>RIDE THE DUCKS OF SEATTLE, LLC, a Washington Limited Liability Corporation; RIDE THE DUCKS INTERNATIONAL, LLC, a Missouri Limited Liability Corporation,<br>     Defendant. | NO. 2: 15-cv-01929-TSZ<br><br>STIPULATED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFFS AND ORDER |

## I. STIPULATED MOTION

Pursuant to LCR 83.2(b)(1) the undersigned attorneys hereby STIPULATE and AGREE to allow David Broom, William Schroeder and KSB Litigation, P.S. to withdraw as counsel of record for Plaintiffs in the above-referenced matter, and allow Karen Koehler and Andrew Ackley of Stritmatter Kessler Whelan as to appear and substitute as counsel of record for Plaintiffs.

STIPULATED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFFS AND ORDER- 1

STRITMATTER KESSLER WHELAN
KOEHLER MOORE KAHLER
3600 15th Ave W, #300 | Seattle, WA 98119
Tel: 206-448-1777

| | |
|---|---|
| 1 | Counsel requests that all future notices be directed to: |
| 2 | Karen K. Koehler, WSBA #15325 |
| 3 | Andrew N. Ackley, WSBA#41752 |
| | 3600 15th Avenue West, Suite 300 |
| | Seattle, WA 98119 |
| 4 | 206-448-1777 (Phone) |
| | 206-728-2131 (Fax) |
| 5 | karenk@stritmatter.com |
| | andrew@stritmatter.com |
| 6 | Counsel for Plaintiffs |

| KSB LITIGATION, P.S. | STRITMATTER KESSLER WHELAN KOEHLER MOORE KAHLER |
|---|---|
| /s/ David L. Broom | |
| /s/ William C. Schroeder | s/ Karen K. Koehler |
| David L. Broom, WSBA #2096 | s/Andrew N. Ackley |
| William C. Schroeder, WSBA #41986 | Karen K. Koehler, WSBA #15325 |
| 221 North Wall Street, Suite 210 | Andrew N. Ackley, WSBA#41752 |
| Spokane, Washington 99201 | 3600 15th Avenue West, Suite 300 |
| Telephone: (509) 624-8988 | Seattle, WA 98119 |
| Facsimile: (509) 474-0358 | 206-448-1777 (Phone) |
| E-Mail: d.broom@ksb1it.legal | 206-728-2131 (Fax) |
| ***Withdrawing Counsel for Plaintiffs*** | karenk@stritmatter.com |
| | andrew@stritmatter.com |
| | ***Substituting Counsel for Plaintiffs*** |

| FALLON MCKINLEY & WAKEFIELD, PLLC | PATTERSON BUCHANAN FOBES & LEITCH, INC, PS |
|---|---|
| /s/ Scott Wakefield | /s/ Patricia Buchanan |
| Scott Wakefield, WSBA # 11222 | Patricia Buchanan, WSBA # 19892 |
| ***Counsel for Defendant Ride the Ducks International*** | ***Counsel for Defendant Ride the Ducks Seattle*** |

| STATE OF WASHINGTON ATTORNEY GENERAL'S OFFICE | |
|---|---|
| /s/ Alan D. Copsey | |
| Alan D. Copsey, WSBA # 23305 | |
| ***Counsel for Intervenor State of Washington*** | |

STIPULATED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFFS AND ORDER- 2

STRITMATTER KESSLER WHELAN KOEHLER MOORE KAHLER
3600 15th Ave W, #300 | Seattle, WA 98119
Tel: 206-448-1777

## II. ORDER

The parties' stipulated motion, docket no. 62, is GRANTED, and it is hereby ORDERED as follows:

David Broom, William Schroeder, and KSB Litigation, P.S. are permitted to withdraw as counsel of record for Plaintiffs in the above-referenced matter, and Karen Koehler and Andrew Ackley of Stritmatter Kessler Whelan Koehler Moore Kahler are permitted to appear and substitute as counsel of record for Plaintiffs.

DATED this 23rd day of June, 2017.

_____
Thomas S. Zilly
United States District Judge

Presented by:

| KSB LITIGATION, P.S. | STRITMATTER KESSLER WHELAN KOEHLER MOORE KAHLER |
|---|---|
| /s/ David L. Broom<br>/s/ William C. Schroeder<br>David L. Broom, WSBA #2096<br>William C. Schroeder, WSBA #41986<br>221 North Wall Street, Suite 210<br>Spokane, Washington 99201<br>Telephone: (509) 624-8988<br>Facsimile: (509) 474-0358<br>E-Mail: d.broom@ksb1it.legal<br>***Withdrawing Counsel for Plaintiffs*** | s/ Karen K. Koehler<br>s/Andrew N. Ackley<br>Karen K. Koehler, WSBA #15325<br>Andrew N. Ackley, WSBA#41752<br>3600 15th Avenue West, Suite 300<br>Seattle, WA 98119<br>206-448-1777 (Phone)<br>206-728-2131 (Fax)<br>karenk@stritmatter.com<br>andrew@stritmatter.com<br>***Substituting Counsel for Plaintiffs*** |

| | |
|---|---|
| FALLON MCKINLEY & WAKEFIELD, PLLC<br><br>/s/ Scott Wakefield<br>Scott Wakefield, WSBA # 11222<br>***Counsel for Defendant Ride the Ducks International*** | PATTERSON BUCHANAN FOBES & LEITCH, INC, PS<br><br>/s/ Patricia Buchanan<br>Patricia Buchanan, WSBA # 19892<br>***Counsel for Defendant Ride the Ducks Seattle*** |
| STATE OF WASHINGTON ATTORNEY GENERAL'S OFFICE<br><br>/s/ Alan D. Copsey<br>Alan D. Copsey, WSBA # 23305<br>***Counsel for Intervenor State of Washington*** | |