UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESTATE OF KIM HA RAM, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RIDE THE DUCKS OF SEATTLE, LLC, et al., <br><br> Defendants. | C15-1929 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion to remand, docket no. 64, is DENIED. Contrary to the parties' assertion, the Court has original, not supplemental, jurisdiction in this matter pursuant to 28 U.S.C. § 1332(a). This action was commenced in this district and cannot be remanded to state court. <u>See</u> 28 U.S.C. § 1447 (regarding remand to a state court from which a case was removed). If the parties wish to pursue this litigation in state court rather than in this district, they may file an appropriate motion or stipulation of dismissal without prejudice. <u>See</u> Fed. R. Civ. P. 41(a)(1)(A)(ii) & (a)(2).

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 31st day of August, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1