UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ESTATE OF KIM HA RAM, et al.,

Plaintiffs,

v.

RIDE THE DUCKS OF SEATTLE, LLC, et al.,

Defendants.

C15-1929 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiffs' unopposed motion, docket no. 66, brought pursuant to Federal Rule of Civil Procedure 41(a)(2), is GRANTED. This action is DISMISSED **without** prejudice and without costs.

(2) The Clerk is directed to CLOSE this case and to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of October, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1